IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORDAN BRUNSON, a minor by and through his Aunt and Next Friend LaSHAWNYA BRUNSON, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 17 CV 5649 |
| vs. ) ) | Hon. Judge Edmond E. Chang |
| VILLAGE OF LANSING and POLICE OFFICER WILLIAM MASON, ) ) ) | |
| Defendants. ) | |

**DEFENDANT'S AGREED MOTION FOR ENTRY OF A**
**CONFIDENTIALITY ORDER**

Defendant William Mason, by his attorneys, K. Austin Zimmer and Sean M. Sullivan of the Del Galdo Law Group LLC, hereby moves this court for the entry of an Agreed Confidentiality Order, and in support of which the Defendant states as follows:

1. The attached proposed Agreed Confidentiality Order (See Ex. A) has been drafted in accordance with the format for Confidentiality Orders approved by Local Rule 26.2 of the Northern District of Illinois and has been reviewed and approved for entry as an Agreed Confidentiality Order by all counsel in this matter.

WHEREFORE, Defendant, POLICE OFFICER WILLIAM MASON, respectfully requests that this Honorable Court enter the proposed Agreed Confidentiality Order in this matter and for such other relief as the Court deems just.

    Respectfully submitted,
    POLICE OFFICER WILLIAM MASON

    */s/ Sean M. Sullivan*
    One of His Attorneys

K. Austin Zimmer (6276227)
Sean M. Sullivan
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
P: (708) 222-7000/F: (708) 222-7001
zimmer@dlglawgroup.com
sullivan@dlglawgroup.com